written

Mr. Jimmil Henderson

F.C.I. Jesup

2680 Hwy 301 South

Jesup, Ga. 31599

RECEIVED IN
CHAMBERS OF

JUL 29 2025

RENÉE MARIE BUMB, U.S.D.J.

Chief Judge Renee Marie Bumb

Dear Judge,

Good Day to you. As for me and my personal property, Still, They Kept Some of it from me. Two Sections of my Trial Transcripts, both Sections Had prior arresting officers Testifying "among others" and one of the Documents, Like the other, Had a Heavy duty stable in them, and a Black and white copy of Rule 16, (around or about 73 pages) is missing as well. Between both stacks of Trial Transcripts, about 400 pages.

Also, a pair of Sweats pants I had Since 2013, which I traded with a fellow convict for a pair with pockets. (Not gone) The old Score7 Tablet and head ear buds, Tablet, which they broke/cracked the screen, ear buds, gone. The new one, both the brand new Scull Candies (baught on 10-1-24) two days prior to me Leaving U.S.P. Florence, and the new Score7 Tablet, gone.

Inclosed, please find a reciept of both purchase Score7 Tablet, and Scull Candy ear buds. The food, I dont care about because The Soap Taste was in

The food. One thing I do Know, is that prodocal is that property, when arriving to an Institution is supposed to be opened in front of the inmate, but Some people wast a new box, and Take what they want before Transfur of property. Reason I can Say this to you is I had buddies who worked in R&D and they would come to the unit with stuff, Radios, cloths, etc. from other people property. They even use SHU orderlys to skal from people. Always on property slips, you See written on the top of the property slip, "In Secured." That be lies, Just an excuse for allowing inmate to steal.

I tried to file a Tort-claim to Dublin California for $187.40, They never responded. (please See Reciepts/proof of purchase) I know that it, by the Reciepts is out Dated, but I had Some of that stuff for years, Such as those grey sweats. I cant get back the rightful time that I Lost, and certainly This is the only institution that for so long, this is/Has happened in.

A R&D officer Locas, Said to Me, "You Cant have two Tablets". I explained to him, How the first one became "nonopperatable", and How I had to go thoough the chief Administation/Warder to buy another. While I cant Do nonthin with the first one, I still paid $118, and change for it. Now, The newer one, Cost $131 and change, and I Lost that to a group who Dont Like to stop playing/loosing other people stuff.

P-3

Inclosed, please find a Copy of App. page 20, 21, Motion Transcripts (1-15-13) NO. CRIM. 11-410-01, The underlined parts.

<u>Queston.</u>

In order to be in "Effective" attorney, why would <u>you</u> <u>Dismiss</u> <u>Something</u> <u>Like</u> <u>that</u>, "<u>that</u> <u>may</u> <u>have</u> <u>freed</u> <u>your</u> <u>client?</u> Clearly, It States, "that none of the witness(es) from the (Blank) that testified before the grand jury will be called to testify in this case...

That was a clear cutt case. Eather you Dont Know that Kind of Law, but is Qualified to, Dont believe your client based on sterio "Tipical" Looks, or worst, "Meticforically," Sold me out!

whomever those witnesses are need to come forth for the inforcement of Law, and Subpeona's needed to be passed out for Trial and still could be. There were no Immunity given to them and "all!" of a Constitutional Violation accured. Not only the Judge and its courtroom allowed it to happen, but both MR. Michael Huff, and Mrs. Megan J. Davies allowed it as well.

Me, and others as criminals, we get penalized for breaking the law but the courts and A.A.U.S.A. and Team, Does not because of there Job. I was told that not even the U.S PresidenT was bigger then the Law.

This institution, U.S.P. florence, and/or F.C.I. Edgefield even allowed it to happen that they

even stole years worth of case law that I used to inquire some of this knowledge. (prima fasie, and 38 page's of Reversed cases that I had in a number of Manilla Envolopes that I had since 2013 and 2014. (The contents inside) ( ) Recovered.

If you look on page 3, Line 20, theres word's missing that the "Typer" Did, purposely for reasons known, and its throughout my whole intire AppenDix. My Life and my time is to serious to be playing, "Guess" with the courts.

MRS. Karen friedlander, on page 1, App. 18 Stated in form of a Certified true and Correct, based on Title 28 U.S.C. Section 753.

<u>Queston</u>. Is the Deprivation of Rights a form of, or a prong to unfair prejudice?

I had the right to renew motion of facts, but attorney withDrew from case after he lost, "purposely" so the unfair started before and after that point. I was not given an attorney and was not respond-ed to when I tried to myself.

<u>Queston</u>. If a telephone conference on the record "by the government", Can it be turned over to the defence or should Immunity be given to all parties?

Options to Look for.

42 U.S.C. §1983

Cases: Ellis v City of Miami Beach (1-6-25)
Younger v Harris, Johnson v Hillquist(1-28-2
Hatcher v Butler (1-28-25), Bay v Turner (3-19-25
Miller v Butler 8ᵗʰ Amend. (5-24-24)

Your Honor, I have not alot of time to Research, Due to Lockdowns, work, Gouldted foots, and of now, Health problems. Speaking of Health problems, Mon-Day, I See almost the whole compound, who is getting pillline, and a number of men getting K.O.P.'s (Keep on person), I ask officer Avery to go and get mines, He referred me to officer Hazkough, who told me they would bring them to me in the kitchen. Did'nt make Since to me. An Immate came to get me from the freezer, I walk to See Ass. Clinial Director Mr. Clint, I ask him, Do you Have for Henderson. He Said "no." I Stood there and waited. Off. Hazk-ough came to open and The Medical personal gave a man his meds. I Said to Hazkough, "I asked you to get my Cancer meds. You told me They would bring it to me". The Ass. C.D Said, "You talking to me like that, I Dont Like how your talking to me". I stated, "I was talking to H.K. (Hazkough) He Stated, "Now, for that, You'll get it when we give it to you.

This Biasness, and Indirect Racism has been happening, but now, Since a officer and an Inmate got into a fight Days ago in the kitchen, Now Im the one that gets talked to Like that, rec--amended by other officers and inmakes, as alw-ays. Now, I have to not get my meds. This is what I mean by civil Rights, Racism, Bianess, and Vindic-tiveness, among other mental abuse, cruel and un-usual punishment, Due to me being the only one around me, as of now, going through this because

of anothers problem. If you had a bad Day at work, or at home, Im a Convict, I temporary Live here, This is a place of employment for Him, and me working in the Kitchen, for me to. I should not have to come to work, and be "tricked bagged" into a arguement, because there Jelous of whatever Happened last week. (ThursDay lunchtime The reason why So, is because nonthin Happens to them inmates and staff will talk up for them, and I made a language called, "Going Dummy", and they take it to far. I have to always loose for people who aint even worth the game, Let alone the energy.

I understand that I have to file a complaint for each claim Seperatcly, but all of this stims from the Same Situation, Just a long Line of Different people.

I had a Talk with Both food Administator MR. Hand and Ass. Food Administator Anderson, about a Informal Resulution/Complant about one of his officers (which I have been trying to get a copy for personal Record) and they two Spoke on talking to his employee's of perfessionalism, and Respect for each employee, among other things, but now, this is where the problem starts. You would think that Im the problem, And I use to think So, until I started to Learn new things and found out, it was not me. Since Feb. 11, 2011, I have never tried to Do this, and because of nonthin Happening, they allow "pressure to bust pipes" and now, I have to try to fight for my Health, my Sanity, my prop-

So often because they have nobody to one for them, among other reasons. They telling me I have to take others problems, Just to get my stuff back. If thats not a form of slavery, mental abuse, etc. I Dont know what else is. Once again, I have been to a number of institutions, but only a few, I have been writing from, complaining about the unjest and all around treatment I have been getting. All the people who wants my name, my Life, etc, How can you stop this? Im never nobodies fired, why try to force it, for money, power, I dont even benefit from it, I Loose. If you ask me, there whole opperation is "in the way of Real progress." They keep saying I got theres, and they keep sending it to me without me knowing, and when I Do know, I have to keep saying no to them. If this is a Medical place for "mental," why Im I Just a man, and there the ones keep relying on me? Im the Stupid one, Let them tell it. Im the experiment, The Lab Rat, The Science project. It seems like everybody that has somebody they dont Like, they force me in with them to treat me as that person. well if Im sappose to be that person, who's sappose to be me and what Does he Do on this type of yard? Everytime they have to find something to do, its always has something to do with me. "In the way." Sometimes, if I ask for something, to Do with the Job I have, I have to go through problems for that. I go in the freezer, I work at, when I come out, its Like Im not me anymore to people.

p. 8

In conclusion, Your honor, I have not a lot of time on my hands to Research Due to LockDowns, work, Courted Foots, and as of now, Health problems. On Monday, July 7, 2025, I was refered to the wrong officer. They Just keep Switching up on me. If everybody stay who they are, for the most part, wont nonthin happen, but when they Switch up, all the problems come to me. I'm Suprize they have not told me to not bring your Legal work to work, "YeT." Some of them trying to get away with doin Something wrong and forcing me to take responsibility for there Actions. I'm growing tired of being everybodies punching bag, Mental punching bag. If there was ever anybody to see about, it would not be me, but the reasoning that These groups of officers go after me in anyway. The weekend Dont count for us to wait on our "carry on persons" Meds. but there Should never be a officer, or any personal who has the authority to Toy with a mans Health, Life, and Meds. "Well give it to you when we feel Like it." Inclosed, please See page 4, Letter F & D Section. Being In the SHU for all these years, Kept away from legal work, (purposely!) Timing was all the way off and I Let it be known. please See Docket enty 17.5, which was the reason for Docket entry number 19. Section D was responsabl. for that. Also, There making me or forcing me to Spend money Just to get my stamps back. I have a property Reciept with saying no tableT but I have'nt the working one. And it Says that I have my SweaTs pants but I had to buy Some here and they were not there. My psychology and Medical Records are missing that F.P.D. Ms. McClain Sent me.

I ~~Solemly~~ Solemnly Sware ThaT this Is the Truth.

Sincerely, Jimmil Henderson

Cases to consider, and Reason for Consideration.

<u>Commonwealth v Ilya I</u>. 2015, BL 36490 Mass.
           NO. STC-11637, (2-13-15)
- 4-3 majority Found it significant that it involved
a modest amount of marijuana.
  "Baggies of Pot and "Suspicious" Interactions
arent enough to Confirm Intent to Distribute."
Note: minutes before I was arrested, I was asked for a
cigerette, and then a light, and that is there only
Hand to Hand transaction they have.
  Opinion by Justice Geraldine S. Hines, "a person
who intends only to Smoke would fit precisely the
profile of the person in this case".
  "I, Jimmil Henderson," was arrested with less then
that. Both of the quantity of narcatics was less then
5 grams but with paraphernalia, might be more.
"Goast Dope."

<u>U.S. v Vitale</u>, 459. F.3D 190 (2d Cir. 2006) Court failed
         to conduct post Trial hearing on Juror bias
         Discovered during Trial.
Note: Me allowing my trial attorney to know that the
    Ass. U.S.A. Was striking "all" of the negro pontential
    Jurors Durring Voir Dare, He called for a Sidebar
    and it was never spoken of again.
<u>Costello</u> v <u>U.S.</u>, 350 U.S. 359 (1956) Here Say Evidence
    of grand Jury witnessed "591 U.S. 128,"
    Denied Constitutional rights of Six amendments
    rights to confrontation of accusors.

Your Honor, How can I show this if one They wont free
or release the In-Bank-camera-view I tried and asked for,
They wont even foward the Grand Jury Transcripts, and being
resulted to being forced to go to prison to prison, The stealin
of Legal Documents which the authorities (Federal Gov.
employees) Has a hand in, and the Lack of response
when a motion is Done right.
Note: I Sent a motion that was Done wrong on purpose,
and I got a Speedy response. "Thats when I Knew."
They Denied a 18 U.S.C. §3582 (Compassionate Release), mostly
because the procedure was wrong, I had no attorney, and I
placed in a pool of Loosers So the wrong people can win. A Lot
of them Does that on all Levels, even in Federal Institutions.

As far as my Tablet is conserned, I believe they
will eathen not pay for it, or if they do pay for it, I wont
be able to buy another one because they dont Sale them
here, or, Like the other one, It might be a Defected one.
If I Do get it back, Its probly going to be Something wrong with
it or worst, broken as the first Screen was not,

There are a number of ways that I was told that
the Courts consider "Bias," when chosing pententail Jurors
and the striking process. Some of those are as follows;
- Consider how many members of the cognizable
  Racial ground are in the Venire panal from
  which the petit Jury is chosen,
- <u>Pattern of stikes against Racial groups Jurors
  in particular Venire</u>,
- Prosecutors statements and questons Durrings
  Sellections as well as any other relevent circust-
  ances.

Ass.U.S.A Ms. Covan Struck "all!" of the negro
petential Jurors besides the ones whom had a (bias)
Due to family being arrested.

U.S. v Blotcher, The Court improperly denied defendant
race neutral peremptory. (142 F.3D 728)

It talks about Jury Selection and the Courts wrong,
So why when I brong it up about Ms. Covan Stiiking all
the negro Jurors, He called for a sidebar, and never said any-
thing?

U.S. v Tucker states That the evidence of Juror bias
and misconduct required evidentiary hearing, but the Judge
blaintly stated, "Im not dealing with this right now", And, why
DiD'nt my attorney object to it?

McLain v Prunty, states that a Judge must investigate
wheather purposeful Jury Selection discrimination occurred.
As far as "purposeful", what would be purposeful discriminat-
ion for a Jury Selection, as if its Legal, if not then why
would the Courts allow them to get away with it?

Wilson v Beard (426 F.3D 653 [3rd Cir.2005), Says that the
Prosecutor stuuck all the African Americans, and in my
Case, The Same thing happened. How did Ms. Covan Know Who
to stiike If the ones She did'nt Stiike already had there
reason for being biased? Based on preseedure, The
Questoning of biased was asked after, rather then
before the Choosing.

I was not allowed for the Sidebars to come out So
Pauline v Harrison (2008) was clearly out of
the queston.

Bradley v Harris, states that the defendant improperly excluded from in camera conference, which first ended in me being Superseded.

U.S. v Vitale states that The Court failed to conduct post-Trial hearing on Juror bias discovered During trial.

Note: The Court, as soon as I stated the prosecutors intentions, should have eather stopped the Jury Selection process or as U.S. v Vitale states, had a hearing. Another reason why the in-Camera-View, and the in-Camera-View of the trial its self is needed. I asked and was not denied but was not given the DVDs eather. I was never answered. The Sidebars was missing, When I took the stand, that was missing because they Dismissed it without me Knowing.

U.S. v Foster, Exculpatory evidence/grand Jury testimony should have been admitted at Trial.

Another reason I want to re-open the in-bank-Camera-View, Obtain Grand Jury Transcripts, and Hear the Telephone conference. Subpeona whom Testified at the Grand Jury, and personally come to court and see If they Lied, along with a Counter Suit.

Also, Theres Somebody Using my name. All I was Told was he's a photo Taking. Then there was or is a person who opened a E-mail Service in my name. I dont Know Her, or who she is.

U.S. V Cunningham, 145 F.3d 1385 (D.C. Cir.) cert. Denied, 525 u.s. 1059 (1998) Unredacted tapes violated confrontation. If The courts allowed the dismissial of the motion for the tapes, its still violates 6 Amendment.

U.S. V <u>Silva</u>, States that the conviction was based on Hearsay, because the Confrontation clause was of a violation of 6 amendment rights.

U.S. V <u>Ruiz</u>, 59 F.3D 1151 (11th Cir.), Says that the Defendant has the right to have the jury instructed on his theory of defense. The problem was, I was never able to talk while the Jury was on there Seats, and when I took the stand, I was not allowed to do anything but answer Ms. Govan Questons. I also asked the Judge to address the Jury, He denied me the right when I'm the one facing 30 to Life, not him.

Also, your Honor, During Sentencing, Ms. Govan stated that She was," Relying on a Letter that the probation office Sent her." Based on how She said it, why wasn't it Brong to Court and placed into an Exibit box? I ask the Judge to ask for a Copy or bring to Court, I, once again, got no answer. If you place my whole intire Case togather, plus all that I have been through, It nonthin but file play, Broken Laws, and "moving me around," So I cant fight my case or get time barred and Loose documents.

U.S. V <u>Ryals</u> finds that the Court erred by refusing to appoint new counsel after attorney Withdrew. Now, knowingly, After Mr. Huff withdrew, Judge granted it, and I asked for post-Trial new counsel, I was not granted counsel and was Denied all after that. I new nonthing of 2255° and I have starting getting into problems, the more I Seaked information as if If I fight my Case, I have to go through a world mind of problems, as I go through every Since then.

Myles v Whitley Says the prosecution failed to turn over Meterial and favorable evidence, Sufficent to change results of Case, Such as the Letter From the probation office, witness sheet from grand Jury, The Actual picture of C.D.S., so the Language wont throw the reader off as far as Weight, if the Informants even have Immunity, Among other Meterial In case that could have effected the outcome of the Case and Saved The Federal Government over $400,000 on Trial. I was the one trying to cop-out but was'nt familier with the firearm.

The purchaser's information (firearm)

Michael N. Carter, 5136 FLAT Rock Drive. Fayetteville, NC 28303

FFl: 15618114    Ship to date: 3-5-84

The Dealers information

Jims Gun Jobbery, 4632 Yadkin RD Fayetteville, NC

The Firearm information

manufaturor: Browning    Model: Hi Power    Caliber: 9

Serial # 245PZ45694    Type: Pistol    country: Belgium.

Importer: Browning Arms Company.

The purpose for the information is to inform you that I tried writing the A.T.F. FOIA, to see if I can get any information on the firearm, if it was reported stolen, or how it Left the State of North Coralina. If it were not reported stolen, he would pinpoint where it came Grom. (I have never been to N.C.)

I really want to catch you up on the Case So we can skip pass alot of whats not needed but at the Same time, expose the extreme wrongs that not only happens to people Such as myself that falls for Liers Sayings but what is called Systematic placements that,

This System put in place for, "(I can only Speak for me at this present time) Me". I personally excepted partial responsibility for me even allowing myself to knot only know these kinds of people but Deal with these kinds of people. I have to except that because thats all my city has to offer people like myself and its only a matter of time before they do the same to Somebody else, if "know not", done it already.

In Re Grand Jury Investigation, (1995) Says that the Court can even Subpoenaed by the grand Jury Transcripts. The ways I See it, we both can do So. I personally want the Grand Jury Transcripts/DVD, The full Visual of The intire trial Dated 1-22-13 through 1-29-13, including Sidebar, and the Telephone Conference dated back to 2012, which ended in a Superseding Indictment, Subpoenaed for the protection of the Constitution and the Amendments it So Says. If The Courts and federal Institutions force the Amendments against us to convict us, why cant we correct it when its wrongfully used against us.

In conclusion, aLot of this could have been typed, copied, and Sent to Your honor more standard and neater but I have not the funds. Reason, The food here is "not enough" to get 2000 Calaries, Stamp envolopes, ink pens, and Hopefully, Copy Cards Cost money, Just in Case I is appointed an attorney to actually help me. There is alot of Cases that Can be Sheperdized but Certain Cases are no longer on the Law Library, Such as my actual trial. Certain Cases has Strong reverse

Swain v Alabama, The attorney never objected to the manner in which the State used its peremptory strikes. Defendant was found guilty by 11 whites and 1 black.

Cambell v Louisiana, While Defendant could challenge Discrimination against black grand Jurors. The queston is, How did He know who and what race was his grand Jurors were if He were not present or had the D.V.D.? I have been locked up since February 18, 2011, I believe The Grand Jury situation happened after that. I was not present.

All in which Violates Jury Service and Jury Selection Act. (U.S. v Ovalle (1998)

Foster v Chapman (11-4-15)

Kesser v Cambra (2006)

U.S. v Sampson (2007), unrelated Drug Sales was inadmissable, and U.S. v Summer (1997), When Defendant Denied crime accured, prior acts to prove inTent was not admissable, So How was there 404(B) motion to prove intent granted by The Judge?

Years ago, They took my actual Trial off the Law library Computer but still have my appeal on it.

pages 459 - 462 is missing from the same AppenDix II, which has the pages about The Jury pool being in the court room before I was. Another reason why we need Those D.V.D.s and The abuse of power they have over This matter.

1          MR. HUFF:  Yes, Your Honor.  It's my understanding

2   that that motion was previously filed prior, as the Court's

3   already noted, before the superseding indictment, the

4   defendant was initially charged only with the firearm

5   violation.  There's no -- there's no drug distribution count

6   in the indictment as a result of that.  Prior counsel filed a

7   motion in limine to request that that information not be put

8   forth to the jury since it wasn't relevant to the charges.

9   Since that time, of course, the government has superceded and,

10  in fact, has filed drug charges in this case.  So I believe

11  that argument is now moot.

12         THE COURT:  All right.  So I guess essentially, from

13  what I understand, the motion for the in camera review, that

14  has taken place, so we're now in the request for the

15  disclosure of grand-jury transcripts, that has also been

16  resolved.

17         MR. HUFF:  Yes, Your Honor.  There has been a

18  representation that was made during the telephone conference,

19  which I believe was on the record by the government, that none

20  of the witnesses from the -- that testified before the grand

21  jury will be called to testify in this case and I can see no

22  other reason for requesting them, the notes, because I have no

23  other basis to request them, Your Honor.  I'm withdrawing

24  that as well.

25         Of course, I would preserve, without prejudice, my

                    United States District Court
                        Camden, New Jersey

1   right to renew that motion as facts and circumstances change

2              THE COURT:  Right.  We understand that.

3         ·    MR. HUFF:  Thank you.

4              THE COURT:  So I guess then we're left with the

5   404(b) motion and with that, we will hear from the government

6         .      MR. DONNELLY:  Your Honor, good morning.  Your Honor

7   the 404(b) motion that's been filed in this case is premised

8   on the notion that the defendant has a number of prior

9   ·incidents at almost the very same location in Newark that

10  involve the location that is implicated by the current

11  superseding indictment. ˙ While the government will rely

12  substantially upon the paperwork that was filed in

13  anticipation of this hearing date and in the brief and the

14  supporting documents, I do think it's important to note that

15  the government -- the government's position is that we will h

16  able to sustain our burden in terms of the United States

17  versus Huddleston, the four-part test that was set forth in

18  Huddleston which is 485 United States 681, a 1988 case, which

19  essentially set forth the Supreme Court's view of how 404(b)

20  admissibility and the evidence of that 404(b) activity should

21  be considered.

22         .   In that Huddleston case, obviously, as the Court is

23  well aware, the goal of Huddleston was to protect against

24· unfair prejudice that might emanate from evidence that's

25  produced about other activity, other criminal activity or

*United States District Court*
*Camden, New Jersey*

### F. Request To Renew A Motion For *In Camera* Review And Disclosure Of Grand Jury Witness Testimony

In his final request to the Court, Henderson seeks to "re-open a motion that [his] trial attorney dismissed," *i.e.*, a motion for "in camera view of the witnesses . . . that testified before the grand jury." (ECF No. 64, at 2.) Henderson cites to the January 15, 2013 trial transcript, which contains a discussion between defense counsel, Michael Huff, and the Court concerning Henderson's motions for *in camera* review of the testifying officers' internal affairs and personnel records, and a separate motion for disclosure of the grand jury transcripts. (The Government attaches hereto as "Exhibit C", *United States v. Jimmil Henderson*, No. 13-3155, Trial Appendix II.) A review of that transcript reveals that the Court had already conducted an *in camera* review of the testifying officer's internal affairs and personnel files prior to trial. The transcript further reveals that defense counsel withdrew Henderson's motion for disclosure of the grand jury transcripts because the witness that testified in the grand jury was not testifying at trial. *See* Exh. B at 6, 3:1-24. Defense counsel properly conceded that he had no basis to pursue that motion under the circumstances, and withdrew the motion accordingly. *See id.*

It appears that Henderson takes issue with his attorney's decision to withdraw that motion, and perhaps seeks to raise an ineffective assistance of counsel claim under Title 26, United States Code, Section 2255. To the extent that Henderson is raising an ineffective assistance of counsel claim, the time to raise such a claim has long passed. To be timely, an initial § 2255 motion must be filed within one year after the date the conviction became final. 28 U.S.C. § 2255(f). Because Henderson appealed his conviction, and that appeal was denied, his judgment of conviction became final when the time expired for filing a petition for certiorari contesting the appellate court's affirmation of the conviction. *See Clay v. United States*, 537 U.S. 522, 532 (2003).   In this case, Henderson's judgment of conviction became final ninety days after the Third Circuit denied his petition for rehearing. *See* S.Ct. Rule 13 (a petition for a writ of certiorari must be filed within 90 days after entry of the judgment or the denial of rehearing).

The Third Circuit denied Henderson's petition for rehearing on September 24, 2014 and confirmed his conviction on or about September 30, 2014. *See United States v. Jimmil Henderson*, No. 13-3155 (3d Cir.), ECF Doc. No. 003111752493 (Sept. 30, 2014). Accordingly, Henderson was required to file a motion under section 2255 by no later than December 29, 2014, more than five years ago. Thus the time to revisit

4

proceeding that took place in this matter prior to November 17, 2011 was Henderson's arraignment. (ECF No. 3.) Given Henderson's failure to requests these documents appropriately, Henderson's motion should be denied.

## C. Request for Copy of Motion

Next, Henderson requests a copy of an omnibus motion he filed on or about August 3, 2012. (ECF No. 64, at 1.) The Government has attached hereto as "Exhibit B" a copy of the August 3, 2012 Omnibus Motion, docketed as ECF No. 17.

## D. Request for Audio of Telephone Conference from August 2012

Henderson also requests the audio recording of a telephone conference he claims took place on either August 7, 2012 or August 15, 2012. Again, Henderson can appropriately make such a request by completing the audio recording request form attached hereto as Exhibit A. The Government notes, however, that it does not appear that there was a telephone conference on either of those days. A review of the docket in this matter shows that a telephone conference was scheduled in this matter on August 7, 2012, and was subsequently adjourned to August 15, 2012. (*See* ECF Docket Entry, dated August 6, 2012.) The docket does not reflect that a telephone conference was actually held on August 15, 2012. In fact, the next docket entry was on August 16, 2012, and notes that the Government filed a brief in opposition to Henderson's omnibus motion, which is the subject of his third request for relief in the instant motion. (ECF No. 18.) Accordingly, Henderson's request for audio recordings from August 7 and 15, 2012 is moot and should be denied.

## E. Request for Jury Strike Sheets and "Its Entire Process"

Next, Henderson requests copies of "jury strike sheets" and "its [e]ntire process. First, Henderson's request fails to state with specificity what he means by "jury strike sheets" or "its entire process." Without clarity regarding Henderson's request, it is impossible to determine what relief he seeks, much less whether he is entitled to any relief in the first instance. Second, Henderson fails to cite to any legal authority supporting the notion that he is entitled to any relief at all. Given that it is impossible to determine what Henderson is seeking in this request, and he cites to no legal authority supporting the request, the motion must be denied.

3

| | | filings and clicking on Motions. This message is for informational purposes only, it is not necessary to resubmit. This submission will remain on the docket unless otherwise ordered by the court. (lec) (Entered: 09/09/2011) |
|---|---|---|
| 09/13/2011 | | Setting Deadlines in case as to JIMMIL HENDERSON 12 MOTION to Compel. Motion set for 9/23/2011 before Judge Joseph H. Rodriguez. The motion will be decided on the papers. No appearances required unless notified by the court. (db, ) (Entered: 09/13/2011) |
| 09/19/2011 | 13 | BRIEF in Opposition by USA as to JIMMIL HENDERSON re 12 MOTION to Compel (Attachments: # 1 Exhibit Redacted Incident Report)(GOVAN, DARA) (Entered: 09/19/2011) |
| 10/26/2011 | | Setting Deadlines re Motion in case as to JIMMIL HENDERSON 12 MOTION to Compel. Motion set for 11/14/2011 at 11:00 AM in Camden - Courtroom 5D before Judge Joseph H. Rodriguez. (db, ) (Entered: 10/26/2011) |
| 11/28/2011 | 14 | Minute Entry for proceedings held before Judge Joseph H. Rodriguez: Hearing on defendant's application for new counsel as to JIMMIL HENDERSON held on 11/28/2011. Ordered application granted. CJA attorney to be appointed. (Court Reporter/Recorder CAROL FARRELL.) (lec) (Entered: 11/29/2011) |
| 11/28/2011 | 15 | CJA 20 as to JIMMIL HENDERSON: Appointment of Attorney DAVID S. RUDENSTEIN for JIMMIL HENDERSON. Signed by Judge Joseph H. Rodriguez on 11/28/2011. (lec) (Entered: 11/29/2011) |
| 11/30/2011 | | Attorney update in case as to JIMMIL HENDERSON. Attorney KEVIN F. CARLUCCI and CHRISTOPHER H. O'MALLEY terminated. (th, ) (Entered: 11/30/2011) |
| 03/09/2012 | 16 | ORDER TO CONTINUE - Ends of Justice as to JIMMIL HENDERSON Time excluded from 3/9/2012 until 9/10/2012. ORDERED that the calendar for this matter shall be revised as follows: Pretrial motions: 8/3/2012; Opposition 8/17/2012, Motion hearing 8/27/2012. Trial 9/10/12. Signed by Judge Joseph H. Rodriguez on 3/9/2012. (lec) (Entered: 03/14/2012) |
| 08/03/2012 | 17 | Omnibus MOTION *PRETRIAL MOTIONS WITH CERTIFICATE OF SERVICE* by JIMMIL HENDERSON. (RUDENSTEIN, DAVID) (Entered: 08/03/2012) |
| 08/06/2012 | | Setting Hearings as to JIMMIL HENDERSON: Telephone Conference set for 8/7/2012 AT 03:30 PM before Judge Joseph H. Rodriguez. (ADJOURNED) (db, ) Modified on 8/15/2012 (db). (Entered: 08/06/2012) |
| 08/16/2012 | 18 | BRIEF in Opposition by USA as to JIMMIL HENDERSON re 17 Omnibus MOTION *PRETRIAL MOTIONS WITH CERTIFICATE OF SERVICE* (GOVAN, DARA) (Entered: 08/16/2012) |
| 08/24/2012 | 19 | SUPERSEDING INDICTMENT as to JIMMIL HENDERSON (1) count(s) 1s, 2s, 3s. (lec) (Entered: 08/28/2012) |
| 08/28/2012 | | Setting Hearings as to JIMMIL HENDERSON: Arraignment on the superseding indictment set for 8/30/2012 at 02:45 PM in Camden - Courtroom 3C before Magistrate Judge Joel Schneider. (db, ) (Entered: 08/28/2012) |

──────────SENTENCING──────────

 1   prosecutor, and the attorney for wasting your time.  That's

 2   it.

 3             THE COURT:  All right.  Ms. Govan, on behalf of the

 4   government?

 5             MS. GOVAN:  Thank you, Your Honor.

 6             I will be brief but just note for the record that the

 7   government does rely largely on the papers that were submitted

 8   on June 4th of this year. (2013)

 9             Your Honor, we're here today because of the choices

10   that the defendant made over the course of the past 15 years.

11   For the past 15 years, he's had eight felony convictions, a

12   total of at least 18 arrests, and we understand that history

13   can either be a good teacher or history can be a predictor of

14   what is going to happen in the future.  And in this case,

15   while the defendant suggests that he's learned his lesson at

16   this point, it's clear that he had not learned his lesson

17   previously.  He understood, based on what happened in his

18   past, that if he sold drugs and he was arrested, he was going

19   to go to jail.

20             Now, his life appears to -- based on the PSR and the

21   information that we learned at trial, what it appears is that

22   he's had not only choices but a lot of chances.  He's had the

23   choice to either pursue his career in the music industry,

24   pursue a career doing construction based on a skillset that he

25   claims that he has, or he could choose a life on the streets.

SALES INVOICE – Personal Inmate Information

Florence FCC
USP
ACCOUNT No.  63590050                    TF73121
HENDERSON, JIMMIL
09/17/24 Time 08:35:45              TX ID 6857310
                                          Receipt# 26

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,688.66

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | (16)KEEFE COFFEE COL #7022 | $3.75 |
| 1 | (26)CHEETOS CHED JALA 8069118 | $2.75 |
| 1 | (27)PETER PAN CREAMY | $3.00 |
| 2 | (29)LIL DUTCH SALTINE 8436265 | $4.30 |
| 1 | (40)LEMON PEPPER 8086113 | $1.25 |
| 1 | (51)AJAX SOAP 12.4OZ 7360180 | $1.80 |
| 2 | (51)NEXT COCOA BUTR SOAP 22096 | $1.90 |
| 1 | Score 7T | $131.30 |
|  | # ITEMS SOLD:  10 |  |
|  | CHARGE   63590050 | $150.05 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,538.61

Fingerprint Verified

Signature

SALES INVOICE -- Personal Inmate Information --
Florence FCC
USP

ACCOUNT No. 63590050                    TF71289
HENDERSON, JIMMIL
10/01/24 Time 14:38:23          TX ID 6866172
                                Receipt# 137

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,475.61

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | (16)KEEFE COFFEE COL #7022 | $3.75 |
| 2 | (28)BUD CHOC CHP COOKIES H618 | $4.30 |
| 1 | (51)AJAX SOAP 12.4OZ 7360180 | $1.80 |
| 2 | (51)ANTIBACTERIAL SOAP 7060503 | $2.30 |
| 1 | (65)SKULLCANDY JIB 4014023 | $11.60 |
| | # ITEMS SOLD: 7 | |
| | CHARGE   63590050 | $23.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,451.86

Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information ---
Victorville - FCC
USP
ACCOUNT No.  63590050          TF57754
HENDERSON, JIMMIL
06/16/22 Time 10:50:52     TX ID 12900655
                                Receipt# 60

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,721.61

| QTY | DESCRIPTION | PRICE |
| --- | --- | --- |
| 1 | (5.2 CUP BOWL) | $3.90 |
| 1 | (BATTERY) AA 4PK RAY-O-VAC | $1.40 |
| 5 | (CANDY) TWIX | $5.50 |
| 1 | (CEREAL) BERRY COLOSSAL-801020 | $3.00 |
| 1 | (CEREAL) FROSTED FLAKES | $2.80 |
| 1 | (CEREAL) RAISIN BRAN | $3.35 |
| 1 | (COOKIE) MARIA (K) | $0.65 |
| 1 | (NUTS) SWEET & SPICY (U) | $2.05 |
| 1 | CLEAR FM/AM POCKET RADIO | $65.00 |
| 1 | LOUISIANA HOT SAUCE | $1.40 |
| 2 | NUTS BUTTER TOFFEE | $2.00 |

# ITEMS SOLD: 16
            CHARGE  63590050        $91.05

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,630.56

Fingerprint Verified

Signature

— This Bowl was on the Locker, I had more then one bag of Colossel Crunch but the other bag was halfway finish, And I had Just bought that Walkman because it had a nice plastic Case and Some Skull Candy Head phones. The Smaller clear Tunes Radio worked but the place you put the battery at was not able to stay closed. I had to put tape on it.

I Bought a bottle of Hot Sause because I had one open and they might Stop Saleing them or worst, go up on the price. The peanuts was on the Second Sheft in my Locker next to the Maria Cookies and the Sweat and Spicy peanuts.

Marias was .65

Spicy peanuts was $1.65

$3.90
$3.00
$65.00
1.40
$73.30

SALES INVOICE -- Personal Inmate Information ---
Victorville - FCC
USP
ACCOUNT No. 63590050                    TF57754
HENDERSON, JIMMIL
06/06/22 Time 11:12:45          TX ID 12888508
                                Receipt# 49

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,751.76

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | (ASPIRIN) | $1.55 |
| 1 | (BATTERY) AA 4PK RAY-O-VAC | $1.40 |
| 1 | (CEREAL) BERRY COLOSSAL-801020 | $2.60 |
| 1 | (CEREAL) FROSTED FLAKES | $2.80 |
| 1 | (COND) HAIR FOOD 20969 | $2.50 |
| 1 | (HAIR) RUBBER BAND BLACK | $1.00 |
| 1 | 2 PK BIC PEN | $1.40 |
| 1 | CLASP ENVELOPE 2PK | $1.30 |
| 2 | COUGH DROP, HONEY LEMON | $2.10 |
| 3 | DIAL SOAP | $2.55 |
| 1 | RUFFLES-SOUR CREAM/CHEDDAR | $1.75 |
|  | # ITEMS SOLD: 14 | |
|  | CHARGE   63590050 | $20.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,730.81

Fingerprint Verified

Signature

SALES INVOICE — Personal Inmate Information —
Victorville - FCC
USP
ACCOUNT No. 63590050         TF57846
HENDERSON, JIMMIL
07/26/22 Time 12:19:20      TX ID 12936825
                            Receipt# 59

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,605.41

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 2 | (BATTERY) AA 4PK RAY-O-VAC | $2.80 |
| 2 | (CEREAL) BERRY COLOSSAL-801020 | $6.00 |
| 1 | (SUGAR) SWEET SPINKLES (ASPT) | $1.30 |
| 3 | DIAL SOAP | $2.70 |
| 5 | NUTS BUTTER TOFFEE | $5.00 |
| 1 | PEANUT BUTTER, CREAMY*8073008 | $2.45 |
| 2 | SALTINE CRACKERS | $3.70 |
| 2 | WYLER'S ICE TEA W/LEMON | $3.00 |
| | # ITEMS SOLD: 18 | |
| | CHARGE   63590050 | $26.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,578.46

Fingerprint Verified

Signature

SALES INVOICE - Personal Inmate Information -

Victorville - FCC
USP
ACCOUNT No.  63590050          TF52138
HENDERSON, JIMMIL
05/18/22 Time 15:00:05    TX ID 12872393
                          Receipt# 15

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $2,806.06

| QTY | DESCRIPTION | PRICE |
| --- | --- | --- |
| 2 | (CEREAL) FROSTED FLAKES | $5.60 |
| 5 | (COOKIE) MARIA (K) | $3.25 |
| 2 | (HAIR) RUBBER BAND BLACK | $2.00 |
| 1 | (SHOELACE) BLACK 20451 | $1.10 |
| 2 | (SODA) DIET PEPSI 12PK | $16.10 |
| 2 | COUGH DROP, HONEY LEMON | $2.10 |
| 5 | DIAL SOAP | $4.25 |
| 1 | SKULL CANDY INK'D | $16.90 |
| 2 | WYLER'S ICE TEA W/LEMON | $3.00 |
| | # ITEMS SOLD:  22 | |
| | CHARGE   63590050 | $54.30 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,751.76

Fingerprint Verified

Signature

SALES INVOICE — Personal Inmate Information —
McCreary USP
MAIN
ACCOUNT No. 63590050          TF07183
HENDERSON, JIMMIL
04/19/18 Time 10:59:03          TX ID 4712931
                                Receipt# 117

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $57.32

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CLEAR TUNES CT-81 SCP | $22.95 |
| 1 | FLEX INK PEN BLACK SHU | $0.25 |
| 7 | IBUPROFEN SINGLE DOSE | $1.05 |
| 1 | SOAP NEXT 1 COCOA BUTTER (80) | $0.95 |
| | # ITEMS SOLD: 10 | |
| | CHARGE  63590050 | $25.20 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $32.12

Signature

This Walkman was stolen in U.S.P. Victorville when I went to SHU on July 28, 2022. I bought a new one because it was bigger and had a plastic case and the one on this ink Reciept, the slide for the batteries was broke because of how many times I Dropped it, but I had to put tape on it to keep it closed.

SALES INVOICE --- Personal Inmate Information ---
Fairton FCI
MAIN
ACCOUNT No.  63590050          TF17066
HENDERSON, JIMMIL
04/02/14 Time 07:36:23       TX ID 3819627
                             Receipt# 28

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $46.86

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AA BATTERIES 4PK | $2.20 |
| 1 | AIM TOOTHPASTE | $1.60 |
| 1 | AJAX TOSS-INS (20CT) | $4.75 |
| 1 | BABY POWDER | $1.90 |
| 1 | COLUMBIAN COFFEE | $3.25 |
| 1 | CORE SHORT W/P 3XL | $17.95 |
| 1 | DISHWASHING LIQUID | $1.35 |
| 1 | ENVELOPES (WHITE) | $1.40 |
| 1 | GREETING CARDS | $0.85 |
| 1 | IVORY SOAP 3/PACK | $1.70 |
| 1 | NON-DAIRY CREAMER | $1.25 |
| 0 | PONY TAIL HOLDERS 18CT | $0.00 |
| 1 | PONYTAIL HOLDER 300CT | $0.90 |
| 10 | RAMEN SPICY VEGETABLE SOUP | $2.50 |
| 1 | SMALL ADDRESS BOOK | $1.50 |
| 1 | VANILLA CARMELS | $0.60 |
| | # ITEMS SOLD: 24 | |
| | CHARGE   63590050 | $43.70 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3.16

Fingerprint Verified

Signature

Those shorts were a 3X, and I use to love to work out in those shorts. My mother paid for those. The dark ones.

Date: 12/01/2023                                                                 Location: FLX
Time: 09:32:39 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 63590050   Inmate Name: HENDERSON, JIMMIL          Available Balance: $0.24**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 05/30/2023 | TL052023 | Pre-Release Transaction | | $7.00 |
| 05/29/2023 | TL0529 | TRUL Withdrawal | | -$2.00 |
| 05/29/2023 | TL0529 | TRUL Withdrawal | | -$5.00 |
| 05/28/2023 | 33323148 | Western Union | MITCHELL | $55.00 |
| 05/28/2023 | 33323148 | Pre-Release Transaction | | -$5.50 |
| 05/27/2023 | TL0527 | TRUL Withdrawal | | -$2.00 |
| 05/26/2023 | 33323146 | Western Union | MITCHELL | $125.00 |
| 05/26/2023 | 33323146 | Pre-Release Transaction | | -$12.50 |
| 05/17/2023 | TL0517 | TRUL Withdrawal | | -$5.00 |
| 05/16/2023 | TL0516 | TRUL Withdrawal | | -$5.00 |
| 05/16/2023 | 20 | Sales | | -$114.85 |
| 05/15/2023 | TL0515 | TRUL Withdrawal | | -$2.00 |
| 05/15/2023 | TL0515 | TRUL Withdrawal | | -$5.00 |
| 05/15/2023 | 33323135 | Western Union | MITCHELL | $125.00 |
| 05/15/2023 | 33323135 | Pre-Release Transaction | | -$12.50 |
| 05/14/2023 | TL0514 | TRUL Withdrawal | | -$2.00 |
| 05/13/2023 | TL0513 | TRUL Withdrawal | | -$5.00 |
| 05/13/2023 | TL052023 | Pre-Release Transaction | | $5.00 |
| 05/09/2023 | TL0509 | TRUL Withdrawal | | -$2.00 |
| 05/06/2023 | TL0506 | TRUL Withdrawal | | -$5.00 |
| 05/03/2023 | YFSA0423 | Payroll - FSA | | $30.00 |
| 05/03/2023 | YFSA0423 | Pre-Release Transaction | | -$3.00 |

SALES INVOICE - Personal Inmate Information
Victorville - FCC
USP
ACCOUNT No.  63590050      TF57754
HENDERSON, JIMMIL
06/06/22 Time 11:12:45    TX ID 12888508
Receipt# 49

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,751.76

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | (ASPIRIN) | $1.55 |
| 1 | (BATTERY) AA 4PK RAY-O-VAC | $1.40 |
| 1 | (CEREAL) BERRY COLOSSAL-801020 | $2.60 |
| 1 | (CEREAL) FROSTED FLAKES | $2.80 |
| 1 | (COND) HAIR FOOD 20969 | $2.50 |
| 1 | (HAIR) RUBBER BAND BLACK | $1.00 |
| 1 | 2 PK BIC PEN | $1.40 |
| 1 | CLASP ENVELOPE 2PK | $1.30 |
| 2 | COUGH DROP, HONEY LEMON | $2.10 |
| 3 | DIAL SOAP | $2.55 |
| 1 | RUFFLES-SOUR CREAM/CHEDDAR | $1.75 |
| | # ITEMS SOLD:  14 | |
| | CHARGE   63590050 | $20.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,730.81

Fingerprint Verified

Signature

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store©, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

FOLD HERE

2 OF 2

43 LBS

CSO HAGANS
719-784-9464
ADX FLORENCE (FLM)
5880 STATE HIGHWAY 67 S.
FLORENCE CO 31226

**SHIP TO:**
R&D
USP CANAAN
3057 EASTON TURNPIKE BLDG C
WAYMART PA 18472-3122

PA 185 9-20

UPS GROUND

TRACKING #: 1Z 14W 503 03 9226 0768

BILLING: P/P

Reference #1: Nunley #13815-014
Reference #2: Box 2 of 2

WNTNV50-47.0A 11/2022*

Note: The name and paper that was on my property box in R&D when I got my property in U.S.P. Canaan. Is this why I was forced to U.S.P. Florence after I left U.S.P. Canaan?

Question.

MR. Jimmil Henderson
Regester# 63590-050
Federal Correctional Institution Jesup
2680 U.S. Highway 301 South
Jesup, Ga 31599
EB - 606 Lower

**CERTIFIED MAIL®**

9589 0710 5270 0061 6086 55

Retail



08101

RDC 99



U.S. POSTAGE PAID
FCM LG ENV
JESUP, GA 31546
JUL 24, 2025

**$0.00**

S2324H501893-80

UniTeD STaTes District CourT
Chief Judge Renee Marie Bumb
P.O. Box 2797
CamDen, N.J 08101



RECEIVED
JUL 29 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

RECEIVED
JUL 29 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

LeGaL MaiL